DUNCAN PETERSON, LLP
9665 Chesapeake Dr. Suite 305
San Diego, CA 92123
Phone: (619) 483-3200
Fax:    (858) 549-3700
MARK COLLINSWORTH, SBN#024051
RYAN P. SWARTZ, SBN# 026121
mcollinsworth@cslawoffices.com
rswartz@cslawoffices.com

Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Novotny and Lorna Schilling,<br><br>Plaintiffs,<br><br>vs.<br><br>Citibank, N.A.; LSF10 Master Participation Trust; Caliber Home Loans, Inc.; JP Morgan Chase Bank, N.A.; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00088-PHX-DGC<br><br>**CITIBANK, N.A.'S EX PARTE APPLICATION FOR SUBSTITUTION OF ATTORNEY OF RECORD**<br><br>Hon. Judge David G. Campbell |

Defendant Citibank, N.A. ("Citibank") respectfully submits this Ex Parte Application for Substitution of its Attorney of Record.

**I.   STATEMENT OF FACTS**

Plaintiffs filed this action on January 7, 2019. Citibank has been represented by its current counsel of record, Wolfe & Wyman, LLP. On July 16, 2019, the Court entered an Order to dismiss the complaint as to Citibank. *See* Doc. 38. On August 13, 2019, the Court entered an Order noting that Plaintiffs had not sought leave to amend, and directing the Clerk of the Court to terminate this action pursuant to the Order to dismiss. *See* Doc. 39. Citibank now seeks an order to substitute its attorney of record for any and all further proceedings in this action. Citibank therefore requests an order to substitute Ryan P. Swartz (Arizona State Bar No. 026121), as Of Counsel for Duncan Peterson, LLP, as its attorney of record.

## II. THE COURT SHOULD ENTER AN ORDER TO SUBSTITUTE CITIBANK'S ATTORNEY OF RECORD IN THIS ACTION

A formal written order for substitution of counsel is required. Local Rules, rule 83.3(b). The local rules make clear that such an application may be made even after a judgment has entered. *See* Local Rules, rule 83.3(a) (stating that a formal substitution of counsel is required in any matter "even if it has gone to judgment"). When an application for substitution of counsel "bears the written approval of the client, it shall be accompanied by a proposed written order and may be presented to the Court *ex parte*." Local Rules, rule 83.3(b)(1).

Citibank requests an order to substitute Ryan P. Swartz (Arizona State Bar No. 026121), as Of Counsel for Duncan Peterson, LLP, as its attorney of record for all purposes in this action. This application is executed by a representative of Citibank, Citibank's current counsel at Wolfe & Wyman, LLP, and Citibank's new counsel Mr. Swartz, and is accompanied by a proposed order. Therefore, Citibank respectfully requests an order for this substitution of counsel, on an *ex parte* basis.

Dated: 10/4/2019

CITIBANK, N.A.

By: _____ Elina Alsiweadi
Title: _____ Document Control Officer

DATED: 10/10/2019

WOLFE & WYMAN, LLP

Colt B. Dodrill
for Wolfe & Wyman, LLP

DATED: 10/2/2019

DUNCAN PETERSON, LLP

_/s/ Ryan P. Swartz_____
Ryan P. Swartz
Of counsel for Duncan Peterson, LLP

# CERTIFICATE OF SERVICE

I, the undersigned, declare I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 9665 Chesapeake Drive, Suite 305, San Diego, CA 92123.

I hereby certify that on October 16, 2019, I electronically transmitted the attached document **CITIBANK, N.A.'S  EX PARTE APPLICATION FOR SUBSTITUTION OF ATTORNEY OF RECORD; [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY OF RECORD** to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Brian Court Lake<br>Perkins Coie LLP – Phoenix, AZ<br>P.O. Box 400<br>Phoenix, AZ 85001-0400<br>602-351-8150<br>Fax: 602-648-7155<br>Email: BLake@perkinscoie.com<br>*Attorney for Defendants, Caliber Home Loans Incorporated, LSF10 Master Participation Trust, Mortgage Electronic Registration Systems Incorporated* | Randal Boyd McDonald III<br>Perkins Coie LLP – Phoenix, AZ<br>P.O. Box 400<br>Phoenix, AZ 85001-0400<br>602-351-8000<br>Fax: 602-648-7000<br>Email: RMcdonald@Perkinscoie.com<br>*Attorney for Defendants, Caliber Home Loans Incorporated, LSF10 Master Participation Trust, Mortgage Electronic Registration Systems Incorporated* |
| Joshua Carl Offenhartz<br>Wolfe & Wyman LLP – Irvine, CA<br>2301 Dupont Drive, Suite 300<br>Irvine, CA 92612-7531<br>602-953-0100<br>Fax: 602-953-0101<br>Email: jcoffenhartz@wolfewyman.com<br>*Prior Attorney for Defendant, CitiBank, N.A.* | Elizabeth Oluwafunmi Ayodele<br>Law Office of Elizabeth Ayodele<br>P.O. Box 66785<br>Phoenix, AZ 85082<br>602-214-7830<br>Fax: 602-943-0864<br>*Attorney for Plaintiffs, Edward Novotny, Lorna Schilling* |
| | |

I further certify that on October 16, 2019, I served the above-described document(s) by U.S. Mail on the following:

1
2
3
4
5
6
7

Elizabeth Oluwafunmi Ayodele
Law Office of Elizabeth Ayodele
P.O. Box 66785
Phoenix, AZ 85082

602-214-7830
Fax: 602-943-0864

*Attorney for Plaintiffs, Edward Novotny, Lorna Schilling*

8
9      I declare under penalty of perjury under the laws of the United States of America
10 that the foregoing is true and correct
11     Executed this 16th day of October, 2019, at San Diego, California.
12                                                           /s/ *Diana Davis*
13                                                            DIANA DAVIS

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE